# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. **2:16-cv-00725-CBM-SS**　　　　　Date **April 20, 2018**

Title: **United States of America v. Toyota Motor Credit Corporation**

Present: The Honorable **CONSUELO B. MARSHALL, United States District Judge**

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

　　　　Not Present　　　　　　　　　　　　　　　Not Present

Proceedings:　　☒ In Court　　　　☐ In Chambers　　　☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated **February 12, 2016**.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Make JS-6.  This case closure is for administrative purposes only and does not affect the obligations of the parties.

☐ Entered _____.

　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　**VRV**