JEFFERSON B. SESSIONS III
Attorney General
JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division
SAMEENA SHINA MAJEED, Chief
JON M. SEWARD, Principal Deputy Chief
MARTA CAMPOS, Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
      950 Pennsylvania Avenue, N.W. - NWB
      Washington, DC 20530
      Telephone: (202) 514-4713; Facsimile: (202) 514-1116
      E-mail: marta.campos@usdoj.gov

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney, Chief, Civil Division
JOANNA HULL (CA State Bar No. 227153)
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6585; Facsimile: (213) 894-7819
E-mail: joanna.hull@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>        Defendant. | NO. 2:16-cv-00725-CBM (SSx)<br><br>JOINT STATUS REPORT |

Pursuant to the Court's order of April 13, 2018, the parties hereby submit a joint status report.

The Court signed a Consent Order in this case on February 11, 2016 (Dkt. 7). The Consent Order, which terminates no earlier than February 2018, resolved all claims set forth in the United States' Complaint against Defendant Toyota Motor Credit Corporation.[1]

On May 11, 2018, the parties submitted for the Court's approval a joint stipulation for early termination of the Consent Order.

The reasons for proposing an early termination of the Consent Order are as follows:

Under the terms of the Consent Order, the Consent Order is scheduled to terminate "three (3) years from the Effective Date, unless Toyota conducts a portfolio-wide analysis, as described in this paragraph, that yields dealer markup disparities based on race or national origin below the agreed upon target for both African-American and Asian and/or Pacific Islander borrowers, in which case the Consent Order shall terminate two (2) years after the Effective Date." *See* Consent Order ¶ 43.

On March 7, 2018, the parties met and discussed Toyota's portfolio-wide analysis which yielded dealer markup disparities based on race or national origin below the agreed-upon target for both African-American and Asian and/or Pacific Islander borrowers.

Subsequently, on April 26, 2018, the Department provided its non-objection to Toyota's methodology for conducting the portfolio-wide analysis, subject to the condition that the consumer remuneration process reflected in Section VII of the Consent Order and in Statement of Work entered into between Toyota and Epiq Class Action and

---

[1] The Consent Order entered by this Court provides for parallel relief as the Consumer Financial Protection Bureau's Consent Order, *In the Matter of Toyota Motor Credit Corporation*, 2016-CFPB-0002, entered administratively by that agency on February 2, 2016.

1

1  Claims Solutions as the Settlement Administrator for the consumer remuneration

2  process, will continue unaltered to completion, even though this remuneration process

3  extends past the term of the Department's Consent Order.

4      On May 8, 2018, Toyota provided the Department with a statement signed by

5  Michael R. Groff, President and CEO of Toyota, effective May 1, 2018, certifying

6  Toyota's acceptance of the consumer remediation process condition.

7      Accordingly, the parties filed the joint stipulation for early termination of the

8  Consent Order, which provides that the ongoing consumer remuneration process will

9  continue through its completion.

10  Respectfully submitted this 14th day of May, 2018.

11  For the United States of America:

12

13                                          JEFFERSON B. SESSIONS III
                                            Attorney General

14  NICOLA T. HANNA                         JOHN M. GORE
    United States Attorney                  Acting Assistant Attorney General
15  Central District of California          Civil Rights Division

16

17  DOROTHY A. SCHOUTEN                     SAMEENA SHINA MAJEED
    Assistant United States Attorney        Chief
    Chief, Civil Division                   Housing and Civil Enforcement Section

18

19  /s/ Joanna Hull
    JOANNA HULL                             JON M. SEWARD
    Assistant United States Attorney        Principal Deputy Chief
20  Chief
    Civil Rights Section
21  Civil Division
    Central District of California
22  Federal Building, Suite 7516           MARTA CAMPOS
    300 North Los Angeles Street            Trial Attorney
23  Los Angeles, California 90012           United States Department of Justice
    Tel.: (213) 894-6585                    Housing and Civil Enforcement Section
24  Fax: (213) 894-7819                     Civil Rights Division
    joanna.hull@usdoj.gov                   950 Pennsylvania Avenue, N.W. – NWB
25                                          Washington, DC 20530
                                            Tel.: (202) 514-4713
26                                          Fax: (202) 514-1116
                                            marta.campos@usdoj.gov
27

28

                                            2

1  For Defendant Toyota Motor Credit Corporation:

2

3  MATTHEW L. BIBEN (*pro hac vice* application granted February 12, 2016)
4  Partner
   Debevoise & Plimpton LLP
5  919 Third Avenue
   New York, NY 10022
6  Tel: (212) 909-6606
   Fax: (212) 909-6836
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3