JEFFERSON B. SESSIONS III
Attorney General
JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division
SAMEENA SHINA MAJEED, Chief
JON M. SEWARD, Principal Deputy Chief
MARTA CAMPOS, Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
    950 Pennsylvania Avenue, N.W. - NWB
    Washington, DC 20530
    Telephone: (202) 514-4713; Facsimile: (202) 514-1116
    E-mail: marta.campos@usdoj.gov

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney, Chief, Civil Division
JOANNA HULL (CA State Bar No. 227153)
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6585; Facsimile: (213) 894-7819
E-mail: joanna.hull@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>    Defendant. | No. 2:16-cv-00725-CBM -SS<br><br>ORDER APPROVING EARLY TERMINATION OF CONSENT ORDER [23] |

# ORDER APPROVING EARLY TERMINATION OF CONSENT ORDER

AND NOW, upon consideration of the Parties' Joint Stipulation for Early Termination of the Consent Order, it is hereby ORDERED, ADJUDGED, AND DECREED that the Consent Order is hereby TERMINATED as of May 1, 2018, provided that the consumer remuneration process reflected in Section VII of the Consent Order and in the Statement of Work controlling the work of the settlement administrator will continue unaltered to completion, even though this remuneration process extends past the term of the Consent Order.

Dated: May 14, 2018

_____
JUDGE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE